**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6463

ROBERT SELEST DRAYTON,

Plaintiff - Appellant,

v.

WARDEN LEVERN COHEN, Ridgeland Correctional Institution; LT.
JOSEPH POWELL; NURSE K. KAY, LPN; LIEUTENANT D. LLOYD;
SERGEANT J. PERRY; MRS. CONNELLY, Medical Supervisor Lieber
Corr.; NURSE JENNIFER SCOTT, LPN; WARDEN WAYNE MCCABE,
Lieber Correctional Inst; MR. SERGEANT SIMMONS,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Timothy M. Cain, District Judge.
(2:10-cv-03171-TMC)

Submitted: July 24, 2012          Decided: August 6, 2012

Before AGEE, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Selest Drayton, Appellant Pro Se.  Christy L. Scott,
SCOTT & PAYNE LAW FIRM, Walterboro, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Selest Drayton appeals the district court's order accepting in part and rejecting in part the recommendation of the magistrate judge and denying relief on Drayton's 42 U.S.C. § 1983 (2006) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court and deny Drayton's motion to appoint appellate counsel.  Drayton v. Cohen, No. 2:10-cv-03171-TMC (D.S.C. Feb. 29, 2012).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED